IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0083

STATE OF MONTANA,

  Plaintiff and Appellee,

 v.

WES LEE WHATAKER,

  Defendant and Appellant.

## ORDER

  Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

  IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 1, 2024, within which to prepare, file, and serve the State's response brief.

BB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 19 2023